170 A.3d 332

STATE OF NEW JERSEY IN THE INTEREST OF
J.C., A JUVENILE. (J.C.–PETITIONER)

September 11, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001785–16 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

170 A.3d 332

NORTH JERSEY MEDIA GROUP, INC., PLAINTIFF–MOVANT,
v. TOWNSHIP OF LYNDHURST, ET AL., DEFENDANTS.

September 11, 2017

ORDER

It is ORDERED that the motion to remand to the trial court plaintiff's application for counsel fees for work performed throughout this litigation at all levels (M–29) is granted, in accordance with a schedule to be determined by the trial court.